# THE LAW OFFICES OF LINDA M. TIRELLI PC

**1100 Summer Street, Third Floor • Stamford, CT 06905**
**Phone (203)653-2203 • Fax (914)946-0870 • Email WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*                                                  White Plains, NY Office
                                                                   (By Appointment Only)
                                                                   One North Lexington Avenue
                                                                   11th Floor
* Admitted CT, USDCCT and SDNY                                     White Plains, NY 10601
                                                                   (914)946-0860


November 21, 2010

Hon Judge Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street'
White Plains, NY 10601

        **RE:    DEBTORS' COUNSEL  CHANGE OF ADDRESS**
              **CASE #10-23680**

Dear Judge Drain and Whom it May Concern:

Please be advised that effective immediately, the undersigned debtors' attorney's address has changed. Please send all correspondence and service to the new address as follows:

Law Office of Linda M. Tirelli PC
The Gateway Building
1 North Lexington Avenue, 11th Floor
White Plains, NY 10601

All contact numbers and email address will remain the same.

Thank you for your attention to this matter.

                                              Very truly yours,

                                              /S/ Linda M. Tirelli
                                              Linda M. Tirelli, Esq.
                                              Debtors' Counsel



*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code.  Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.