LINDA TIRELLI
COUNSEL FOR DEBTORS
ONE NORTH LEXINGTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN THE MATTER OF               :
                                    :
                                    :   CHAPTER 13

JULIANNA GIBSON-DAWSON,
DAVID DAWSON             :   CASE NO: 10-23680 (RDD)
       DEBTOR             :   EX PARTE MOTION
                                    :   FOR RELIEF UNDER
                                    :   UNDER FEDERAL
                                          BANKRUPTCY RULE 9037
-------------------------------------------------------------- X

**EX PARTE MOTION FOR RELIEF UNDER BANKRUPTCY RULE 9037**
**AND AFFIRMATION IN SUPPORT**

**Here Comes** the DebtorsMs. Julianna Gibson-Dawson and Mr. David Dawson, through their attorney Linda M. Tirelli seeking immediate relief under Federal Bankuptcy rule 9037 pursuant to Local Rule 9077-1.

In support of the instant ex-parte motion, I, Linda M. Tirelli, do hereby affirm and say:
1. That I am over the age of 18 and believe in the obligation of an Oath.

2. That I am admitted to practice in the Federal Court, Southern District of New York.

3. That on or about August 14, 2010 a petition for protection under Chapter 13 of the United States Bankruptcy code was filed on behalf of the debtors.

4. That on or about December 1, 2010 a proof of claim was filed by purported creditor Educational Credit Management Corporation ("ECMC") which appears on the courts ECF System as Claim # 8-1 (hereinafter the "Claim".) The claim includes a partially redacted document by way of attachment which can only be described as the complete disregard for the privacy of the debtor, and in further blatant disregard of Bankruptcy Rule 9037. Specifically the said attachments[1] contain such information as follows:

    The debtor's email address;

---
[1] The unredacted documents are presented with this instant Ex Parte Motion for the purpose of in-camera review and will not accompany this Ex Parte Motion on any further ECF filing, unless otherwise Ordered by the Court.

The debtors' home phone number;
The Debtors' respective work phone numbers; and
The names addresses and telephone numbers of third party associates of the debtors.

Such other information likely to lead to the contact of the debtor physically and electronically, as defined by 11 U.S.C. § 101(41A) and in further disregard for the Southern District of New York Court's warning on the sign-on page for ECF access.

5. That good cause exists for granting relief to restrict public access to the document identified as attachment to Claim #8-1 as it appears on the pertinent ECF docket.

6. That no other such application for similar relief has been filed.

**WHEREFORE,** The debtors hereby respectfully requests the Court Order the Clerk of this Court to disable public access to the document identified as an attachment to claim #8-1.

Dated this the 16th Day of December 2010.

BY:    /S/ Linda M. Tirelli
LINDA TIRELLI
COUNSEL FOR DEBTORS
ONE NORTH LEXINGTON AVENUE, 11th FL
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860 /FAX (914)946-0870