LINDA TIRELLI, Esq.
Law Offices of Linda M. Tirelli
One North Lexington Ave, 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 / Fax: (914)946-0870

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

------------------------------------------------------------------X

| | |
|---|---|
| IN THE MATTER OF : | |
| : | |
| : | CHAPTER 13 |
| JULIANNA GIBSON-DAWSON | |
| DAVID DAWSON, : | CASE NO: 10-23680 (RDD) |
| DEBTORS | |
| | |
| LINDA M. TIRELLI, ESQ : | |
| Movant | |
| : | |
| JULIANNA GIBSON-DAWSON | |
| DAVID DAWSON : | |
| JEFFREY SAPIR, CH 13 TRUSTEE | |
| Respondents : | CERTIFICATE OF SERVICE |

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Linda M. Tirelli, attorney for the debtors, hereby certifies and affirms to the Court as follows:

1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have served a copy of the foregoing on March 29, 2011:

    a. Motion to Withdraw as Counsel
    b. Notice of Presentment of Proposed Order
    c. Proposed Order Approving Withdrawal as Counsel

on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Jeffrey Sapir, Chapter 7 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

Ms. Julianna Gibson Dawson
Mr. David Dawson
40 Memorial Highway, Apt 25A
New Rochelle, NY 10801

Bruce Bronson, Esq.
600 Mamaroneck Avenue
Harrison, NY 10528

AND ALL CREDITORS AS LISTED ON SCHEDULE "A" ATTACHED HERETO.

    4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

    5. Service as outlined herein was made within the United States of America.

This the 29th day of March 2011.


/S/ Linda M. Tirelli
_____
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli
One North Lexington Ave, 11th Floor
White Plains, NY 10601
Phone: (914)946-0860 / Fax: (914)946-0870