# BRONSON LAW OFFICES, P.C.

600 Mamaroneck Avenue, Suite 409
Harrison, NY 10528

Telephone:
877-385-7793
Fax: 888-865-8889

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
email:hbbronson@gmail.com
cell: 914-356-1728

Robert Savino, Esq.
(admitted NY & NJ)

April 12, 2011

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

**RE: Julianna Gibson-Dawson and David Dawson**
**Chapter 13 Case # 10-23680**

Dear Judge Drain:

    This letter is in support of the Motion to Withdraw as Attorney of Record file by Linda M. Tirelli, Esq. The debtors have agreed to retain Bronson Law Offices, P.C. to represent them in this matter once the Court has granted Ms. Tirelli's request to withdraw. We consent to having our representation of the debtors included in the Court's order on this Motion, should your Honor deem it necessary.


Very Truly Yours,

H. Bruce Bronson, Jr.