UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE                                                            :
                                                                 :
                                                                 :
                                                                 :  CHAPTER 13
JULIANNA GIBSON-DAWSON and                                       :
DAVID DAWSON,                                                    :
                                                                 :  CASE NO: 10-23680 (RDD)
       Debtors                  :
                                                                 :
                                                                 :
-----------------------------------------------------------------X

## ORDER APPROVING WITHDRAWAL
## AS ATTORNEY OF RECORD FOR DEBTORS

     Upon the Motion of Linda M. Tirelli, PC under Local Bankruptcy Rule 2090-1 to withdraw as counsel to the above debtors (the "Debtors"); and, after due and sufficient notice of the Motion, there being no opposition to the requested relief; and upon the record of the April 27, 2011 hearing on the Motion; and good and sufficient cause appearing for granting the Motion, it is hereby

     **ORDERED**, that the Motion is granted, and Linda M. Tirelli, PC is authorized to withdraw as counsel for the Debtors in this case and for all purposes and such withdrawal if approved, effective as of the date of this Order; and it is further

     **ORDERED**, that on or before May 14, 2011, Linda M. Tirelli, PC shall mail a copy of this Order to the Debtors.

Dated: White Plains, New York
       May 9, 2011

                                             **/s/Robert D. Drain**
                                             Hon. Robert. D. Drain
                                             United States Bankruptcy Judge