UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In Re:                                                  Chapter 13

**Juliana and David Dawson,**                    Judge: Robert D. Drain

     **Debtors**                                      Case No. **10-23680**

## **Certificate of Service**

State of New York     )
                         )ss:
County of Westchester)

I hearby certify that on June 29, 2011 , true and correct copies of the Loss Mitigation Order were served by first class mail with postage prepaid to:

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


6/29/11                                          s/Robert M. Savino
Date                                            Bronson Law Offices, PC
                                                   600 Mamaroneck Avenue
                                                   Suite 400
                                                   Harrison, NY 10528
                                                   Telephone: 877-385-7793
                                                   Fax: 888-865-8889